UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21647-GAYLES/OTAZO-REYES

PALM SPRINGS MILE ASSOCIATES, LTD.,
a Florida limited partnership,

        Plaintiff,

v.

FITNESS INTERNATIONAL, LLC, a
California limited liability company,

        Defendant.
_____/

## ORDER ON MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiff Palm Springs Miles Associates, Ltd.'s ("Plaintiff") Motion to Compel and to Expedite Discovery Responses (hereafter, "Plaintiff's Motion to Compel") [D.E. 12]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 15]. The undersigned held a hearing on this matter on June 2, 2020. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel [D.E. 12] is GRANTED IN PART. In response to Plaintiff's outstanding discovery requests, Defendant Fitness International, LLC ("Defendant") shall produce documentary proof that supports the statement in the Declaration of Diann D. Alexander [D.E. 10 at 9-11] that there is one or more member or sub-member of Defendant that is a citizen of New Jersey. The production shall take place **within 10 days** from the date of this Order and be subject to an agreed confidentiality

stipulation. Additionally, the name of the member or members may be redacted in the documentary proof that is produced.

The undersigned RESPECTFULLY RECOMMENDS that Plaintiff's Motion to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss Pending Jurisdictional Discovery [D.E. 13] be GRANTED and that the deadline for Plaintiff's response to Defendant's Motion to Dismiss Complaint for Lack of Personal Jurisdiction [D.E. 10] be extended to seven days after the date of the above-required production.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of June, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record