**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:20-cv-21647**

PALM SPRINGS MILE ASSOCIATES, LTD.,
a Florida limited partnership,

    Plaintiff,

vs.

FITNESS INTERNATIONAL, LLC, a
California limited liability company,

    Defendant.
    _____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Palm Springs Mile Associates, Ltd., and Defendant, Fitness International, LLC (collectively, the "Parties"), enter into the following Stipulation of Dismissal Without Prejudice, pursuant to Rule 41(a)(a)(A)(ii), Fed. R. Civ. P.:

1. The Parties stipulate to the voluntary dismissal without prejudice of this matter.

2. Upon the refiling of the Action in State Court in Miami-Dade County, Defendant agrees to accept service by email to its counsel of record in this matter, and to respond to the refiled Complaint within thirty (30) days.

3. The Parties shall bear their own fees and costs, subject to claims for prevailing party fees at the conclusion of the State Court litigation.

4. The Parties acknowledge and agree that the voluntary dismissal, shall not constitute or be deemed to be a first dismissal for purposes of the two dismissal rule under Rule 41(a)(1)(B), Fed. R. Civ. P., or Rule 1.420(a), Fla. R. Civ. P.

| | |
|---|---|
| Dated: June 19, 2020 | Dated: June 19, 2020 |
| */s/ Kevin C. Kaplan* | */s/ Eric P. Hockman* |
| Kevin C. Kaplan, Esquire | Eric P. Hockman, Esquire |
| Coffey Burlington | Florida Bar No. 64879 |
| 2601 South Bayshore Drive, P1 | Weiss Serota Helfman Cole |
| Miami, Florida 33133 | & Bierman, P.L. |
| kkaplan@coffeyburlington.com | 2525 Ponce de Leon Boulevard, Ste. 700 |
| *Attorneys for Plaintiff* | Coral Gables, Florida 33134 |
| | ehockman@wsh-law.com |
| | |
| | and |
| | |
| | Klehr Harrison Harvey Branzburg LLP |
| | A. Grant Phelan, Esquire |
| | (pending *pro hac vice* admission) |
| | 1835 Market Street, Suite 1400 |
| | Philadelphia, PA 19103 |
| | *Attorneys for Defendants* |